UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEDRO A. ALMANZAR,

                  Plaintiff,

-against-

ZAM REALTY MANAGENT CO. LLC;
DEPARTMENT OF LABOR,

                  Defendants.

1:23-CV-8301 (LTS)

CIVIL JUDGMENT

For the reasons stated in the December 5, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   December 5, 2023
             New York, New York

                                              /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                              Chief United States District Judge